NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mustafa v. Byars   Docket No.: 25-897

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jaclyn Blickley

Firm: ACLU of Connecticut

Address: 765 Asylum Avenue, Hartford CT 06105

Telephone: 860 471 8468   Fax:

E-mail: jblickley@acluct.org

Appearance for: ACLU of Connecticut
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Dan Barrett/ACLU of Connecticut )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Jaclyn Blickley

Type or Print Name: Jaclyn Blickley