<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

</div>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-five,

_____

| | |
|---|---|
| Justin C. Mustafa, | **ORDER** |
|     Plaintiff, | Docket No. 25-897 |
| American Civil Liberties Union of Connecticut, | |
|     Intervenor - Appellant, | |
| v. | |
| Byars, C/O, Garner C.I., | |
|     Defendant - Appellee, | |
| Stanley, Captain, Walker C.I., Ebonie Suggs, CCS, Walker C.I., Pelitier, C/O, Garner C.I., Swan, LT., Garner C.I., | |
|     Defendants. | |

_____

Counsel for APPELLANT American Civil Liberties Union of Connecticut has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 16, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 16, 2025. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

<div style="margin-left:50%">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>

