## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mustafa v. Byars                                    Docket No.: 25-897

Lead Counsel of Record (name/firm) or Pro se Party (name): Stephen R. Finucane, Assistant Attorney General, Office of the Attorney General, State of Connecticut

Appearance for (party/designation): Christopher Byars (Defendant-Appellee)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

- [ ] This case has not been before this Court previously.
- [✔] This case has been before this Court previously. The short title, docket number, and citation are: Mustafa v. Stanley, 22-2187

Mustafa v. Corr. Officer Pelletier, No. 22-2187, 2023 WL 7537525, 2023 U.S. App. LEXIS 30197, (2d Cir. Nov. 14, 2023)(summary order)

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Stephen Finucane
Type or Print Name: Stephen R. Finucane
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.